IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**KRISTEY L. McDANIEL,**

    **Plaintiff,**

vs.                                        No. CIV 07-845 JCH/RLP

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    **Defendant.**

## ORDER OF REMAND AND FINAL ORDER

**THIS MATTER** comes before the court on the proposed Analysis and Recommended Disposition of the United States Magistrate Judge. [Docket No. 17]. No party has filed objections thereto. The court, having made a *de novo* review and determination

**FINDS** that the Analysis and Recommended Disposition of the United States Magistrate Judge should be adopted.

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Reverse and Remand [Docket No. 12] is granted, and this matter is remanded to the Commissioner of the Social Security Administration for additional proceedings consistent with the Analysis and Recommended Disposition.

**IT IS FURTHER ORDERED AND ADJUDGED** that this is a Final Order Plaintiff may file an application for fees and other expenses under the Equal Access to Justice Act within ninety (90) days of the entry of this Order of Remand and Final Order.

                                                               Judith C. Herrera
                                                               United States District Judge